## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

LARRY ROSENZWEIG, on behalf of himself and )
all others similarly situated, and derivatively on )
behalf of Nominal Defendant AMERICAN )
REALTY CAPITAL HEALTHCARE TRUST, )
INC., )
    )
                Plaintiff, )    CIVIL ACTION No. 1:14-cv-02019-GLR
    )
       vs. )
    )
NICHOLAS S. SCHORSCH, *et al.*, )
    )
            Defendants. )
    )

### CONSENT ORDER

IT IS HEREBY ORDERED AND DECREED by the Court, upon the joint Stipulation and Consent Motion to Extend Time of all of the parties in the above-captioned matter (the "Litigation"), as follows:

1.    All of the proceedings in the above-styled action are hereby stayed;

2.    Defendants are under no obligation to answer, move, or otherwise respond to the pending complaint in this action;

3.    By operation of the imposition of this stay, Defendants will not be deemed to have waived any defenses, including but not limited to lack of jurisdiction, the pendency of related class actions in other jurisdictions, improper venue (whether based on a charter or bylaw provision, forum non conveniens, or any other ground) and failure to state a claim;

4.    Said stay of these proceedings shall remain in effect until such time as the Plaintiff files an amended complaint following the issuance by Defendants American Realty Capital Healthcare Trust,

Inc. and Ventas, Inc. of a preliminary joint proxy statement concerning the proposed transaction placed

at issue in this action; and

5.    Upon the filing of such an amended complaint, the parties will confer for the purposes of

agreeing to a schedule for Defendants to answer, move to dismiss or otherwise respond thereto, and the

parties shall promptly provide the Court notice of said schedule.


DATED at Baltimore, Maryland, this 5th day of September, 2014.


George L. Russell, III
United States District Judge

DM1\4997150.1
#2260980v.1