IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LARRY ROSENZWEIG | * | |
| Plaintiff(s) | * | Case No.: 1:14-CV-02019-GLR |
| v. | * | |
| NICHOLAS S. SCHORSCH, WILLIAM H. KAHANE, LESLIE MICHELSON, ROBERT H. BURNS, P. SUE PERROTTY, VENTAS, INC., AMERICAN REALTY CAPITAL V, LLC, AMERICAN REALTY CAPITAL HEALTHCARE ADVISORS, LLC, AMERICAN REALTY CAPITAL HEALTHCARE TRUST OPERATING PARTNERSHIP, L.P., AMERICAN REALTY CAPITAL HEALTHCARE SPECIAL LIMITED PARTNERSHIP, LLC, STRIPE SUB, LLC, STRIPE OP, LP | * | |
| Defendants, | * | |
| -and- | * | |
| AMERICAN REALTY CAPITAL HEALTHCARE TRUST, INC. | * | |
| Nominal Defendant. | | |

## JOINT STATUS REPORT

Pursuant to the Court's directive dated December 2, 2014, the parties submit this Joint Status Report.

On June 23, 2014, the Plaintiff filed the Verified Class Action and Derivative Complaint (the "Complaint") commencing this action, which asserts class and derivative claims. Shortly thereafter, Plaintiff's counsel informed counsel for the Defendants that they intended to file an

#2311451v.1

amended complaint following the issuance by Defendants Ventas, Inc. ("Ventas") and American Realty Capital Healthcare Trust, Inc. ("American Realty) of a preliminary joint proxy statement/prospectus concerning the proposed transaction ("Transaction") at issue in this action. As a result, at the parties' joint request, the Court entered a Consent Order on September 5, 2014 staying this action pending the filing of an amended complaint, after which the parties would establish a schedule for Defendants' response thereto.

Ventas and American Realty filed a preliminary proxy statement/prospectus on September 16, 2014 and an amended preliminary proxy statement/prospectus on October 17, 2014.

On October 31, 2014, the Plaintiff filed the Verified Amended Class Action and Derivative Complaint (the "Amended Complaint").

Thereafter, counsel for Plaintiff informed counsel for Defendants that Plaintiff intended to file a second amended complaint to address certain additional information that Plaintiff claimed had not been contained in the preliminary joint proxy/prospectus concerning the proposed Transaction and to make certain changes to the Amended Complaint concerning one of the Defendants that counsel for one of the Defendants suggested; consequently, the parties did not establish a schedule for Defendants to respond to the Amended Complaint.

On December 1, 2014, Ventas and American Realty filed a further amended preliminary proxy statement/prospectus.

On December 3, 2014, Plaintiff filed his Motion for Leave to File a Second Verified Amended Class and Derivative Complaint (the "Motion for Leave"), appending a proposed Second Verified Amended Class and Derivative Complaint (the "Second Amended Complaint"), which, among other things, addresses the recently filed proxy Plaintiff also moved to shorten the

#2311451v.1

time in which Defendants could respond to the Motion for Leave (the "Motion for Shortened Time").

Defendants hereby inform the Court that Defendants do not oppose the filing of the Second Amended Complaint, and shall not be deemed to have waived any defenses, including but not limited to lack of jurisdiction, the pendency of related class actions in other jurisdictions, improper venue (whether based on a charter or bylaw provisions, forum non conveniens, or any other ground) and failure to state a claim.  Accordingly, Plaintiff hereby withdraws his Motion for Leave and the Motion for Shortened Time and will be filing the Second Amended Complaint.

On December 5, 2014, the parties agreed that Defendants' response to the Second Amended Complaint shall be due on February 3, 2015, subject to extensions if necessary.

Dated:  December 5, 2014                    Respectfully submitted,

                                            DUANE MORRIS LLP

                                        By: /s/ Scott Marder
                                            Scott H. Marder, Esq.
                                            Laurie B. Goon, Esq.
                                            111 South Calvert Street, Suite 2000
                                            Baltimore, MD  21202
                                            (410) 949-2900

                                            Rebecca M. Lamberth, Esq. (*pro hac vice*)
                                            1075 Peachtree Street NE, Suite 2000
                                            Atlanta, GA 30309-3929
                                            (404) 253-6900

                                            Seth A. Goldberg, Esq.
                                            Aliza R. Karetnick, Esq.
                                            30 South 17th Street
                                            Philadelphia, PA 19103-4196
                                            (215) 979-1000

                                                *Attorneys for Defendants American Realty*
                                                *Capital Healthcare Trust, Inc., American*
                                                *Realty Capital Healthcare Trust Operating*

*Partnership, L.P., Nicholas S. Schorsch, William M. Kahane, Leslie D. Michelson, Robert H. Burns, P. Sue Perrotty, American Realty Capital Healthcare Advisors, LLC, American Realty Capital Healthcare Special Limited Partnership, LLC, Realty Capital Securities, and American Realty Capital V, LLC*

WACHTELL, LIPTON, ROSEN & KATZ

By: /s/ William Savitt
William Savitt, Esq.
Andrew J.H. Cheung, Esq.
Adam S. Hobson, Esq.
51 West 52nd Street
New York, New York 10019
(212) 403-1000/F: (212) 403-2000

*Attorneys for Defendants Ventas, Inc., Stripe Sub, LLC, & Stripe Op, LP*

DLA PIPER LLP (US)

By: /s/ David Clarke

David Clarke, Jr., Esq.
James D. Mathias, Esq.
Benjamin D. Schuman, Esq.
6225 Smith Avenue
Baltimore, Maryland  21209
(410) 580-4208 / F:  (410) 580-3208

*Attorneys for Defendants Ventas, Inc., Stripe Sub, LLC, & Stripe Op, LP*

[rest of page left intentionally blank]

                        **TYDINGS & ROSENBERG LLP**

                        */s/ Daniel S. Katz*
                        John B. Isbister, Federal Bar No. 00639
                        Daniel S. Katz, Federal Bar No. 01148
                        100 East Pratt St., 26th Floor
                        Baltimore, Maryland 21202
                        Tel: (410) 752-9700
                        Fax: (410) 727-5460

                        *Attorneys for Plaintiff Larry Rosenzweig*

OF COUNSEL FOR PLAINTIFF

**THE GRANT LAWFIRM, PLLC**
Lynda J. Grant
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel: (212) 292-4441
Fax: (212) 292-4442


**STULL, STULL & BRODY**
Howard Longman
Jason D'Agnenica
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022