⛩ MERITAS LAW FIRMS WORLDWIDE

100 EAST PRATT STREET
26TH FLOOR
BALTIMORE MARYLAND 21202
410.752.9700
FAX 410.727.5460

TOWSON MD OFFICE
410.337.0407
FAX 410.337.3758

www.tydingslaw.com

ATTORNEYS AT LAW
# TYDINGS & ROSENBERG LLP

DANIEL S. KATZ
410-752-9725
dkatz@tydingslaw.com

January 7, 2015

**VIA ECF**

Hon. George L. Russell, III
United States District Court
    for the District of Maryland
101 West Lombard Street
Chambers 7A
Baltimore, Maryland 21201

        Re:    Rosenzweig v. American Realty Capital Healthcare Trust, Inc. et al.
                Civil No. GLR-14-02019

Dear Judge Russell:

    We write on behalf of counsel for all parties in the above-referenced action to inform the Court that the parties have reached an agreement in principle to settle the above-captioned action. The proposed settlement is memorialized in a memorandum of understanding executed by all parties on January 5, 2015.

    Following consummation of the transaction at issue and completion of certain confirmatory discovery, the parties intend to submit an executed stipulation and agreement of settlement appending a proposed scheduling order for the Court's consideration, which order will request that the Court set dates for a preliminary approval hearing, a final approval hearing, and approval of the form of notice to be disseminated to putative class members.

#2330928v.1

Counsel for the parties are available if the Court has any questions.

Respectfully submitted,

/s/ Daniel S. Katz
John B. Isbister, Federal Bar No. 00639
Daniel S. Katz, Federal Bar No. 01148
TYDINGS & ROSENBERG LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
Tel: (410) 752-9700
Fax: (401) 727-5460

cc: (via email.):

Rebecca M. Lamberth, Esq.
Scott H. Marder, Esq.
Laurie B. Goon, Esq.
Seth A. Goldberg, Esq.
William Savitt, Esq.
Andrew J.H. Cheung, Esq.
Adam S. Hobson, Esq.
James D. Mathias, Esq.
Benjamin D. Schuman, Esq.
David Clarke, Jr., Esq.

*Counsel for Defendants*

Lynda J. Grant, Esq.
Howard T. Longman, Esq.
Jason D'Agnenica, Esq.

*Counsel for Plaintiff*

#2330928v.1