# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LARRY ROSENZWEIG, | * | |
| Plaintiff, | * | |
| v. | * | Civil No.: 1:14-cv-02019-GLR |
| NICHOLAS S. SCHORSCH, et al., | * | |
| Defendants, | * | |
| - and - | * | |
| AMERICAN REALTY CAPITAL HEALTHCARE TRUST, INC., | * | |
| Nominal Defendant. | * | |

## JOINT STATUS REPORT

The parties for their Joint Status Report, responding an Order dated December 14, 2015, state as follows:

1. In a letter dated January 7, 2015, the parties informed the Court that they had agreed to memorandum of understanding that contemplated a settlement (the "Settlement") of the captioned action.

2. Defendants also agreed to a memorandum of understanding contemplating the settlement of a related state court action, captioned *In American Realty Capital Healthcare Trust, Inc. Shareholder and Derivative Litigation*, pending in the Circuit Court of Baltimore City, Case No. 24-C-14-003534, before Judge W. Michel Pierson ("State Court Action").

3. Recognizing that the settlement contemplated in the State Court Case would release the claims asserted in this Action, the parties to both actions determined that the

most efficient way to resolve both actions, and to avoid potentially inconsistent judgments in federal versus state court, was to allow the State Court parties to file a Stipulation of Settlement, proceed with a settlement in that court and then, given the identity of issues in both actions, moot this action obviating any action by this Court.

4. A motion for preliminary approval of the State Court settlement was filed in August 2015, and was approved by Judge Pierson on December 10, 2015. A copy of that order is attached hereto as Exhibit A. A date of March 10, 2016, has been set for a final fairness hearing.

5. Assuming that the final settlement in the State Court Action is approved, on or about March 10, 2016, and the judgment becomes effective within 30 days, the claims in this action will be mooted and the parties will, at that time, file a voluntarily dismissal of this action.

Dated: December 21, 2015

Respectfully submitted,

_____/ s /_____
John B. Isbister
Daniel S. Katz
TYDINGS & ROSENBERG LLP
100 E Pratt Street, 26th Floor
Baltimore, MD 21202
Tel: (410) 752-9700
Fax: (410) 727-5460

*Liaison Counsel for Plaintiff*

[rest of page left intentionally blank]

Lynda J. Grant
THE GRANT LAW FIRM
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel: (212) 292-4441
Fax: (212) 292-4442

Mark Levine
Howard T. Longman
Jason D'Agnenica
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

*Attorneys for Plaintiff*


_____/ s /_____
James D. Mathias
Benjamin D. Schuman
DLA PIPER LLP (US)
6225 Smith Avenue
Baltimore, MD 21209
Tel: (410) 580-4208
Fax: (410) 580-3208

William Savitt
Andrew J.H. Cheung
Adam S. Hobson
WACHTELL, LIPTON, ROSEN & KATZ
51 W 52nd Street
New York, NY 10019
Tel: (212) 403-1000
Fax: (212) 403-2000

*Attorneys for Defendants Ventas, Inc.,*
*Stripe Sub, LLC, and Stripe OP, LP*

David Clarke, Jr.
500 Eighth Street, N.W.
Washington, DC 20004
Tel: (202) 799-4503
F: (202) 799-5503

*Attorneys for Defendants Ventas, Inc.,*
*Stripe Sub, LLC, and Stripe OP, LP*

_/ s /_
Rebecca M. Lamberth*
DUANE MORRIS LLP
Suite 2000
1075 Peachtree Street NE
Atlanta, GA 30309-3929
Tel: (404) 253-6961

> *Attorneys for Defendants Attorneys for Defendants Nicholas S. Schorsch William M. Kahane, Leslie D. Michelson, Robert H. Burns, P. Sue Perrotty, American Realty Capital Healthcare Trust, Inc., American Realty Capital V, LLC, American Realty Capital Healthcare Advisors, LLC, American Realty Capital Healthcare Trust Operating Partnership, L.P., American Realty Capital Healthcare Special Limited Partnership, LLC*

* admitted pro hac vice


_/ s /_
Scott H. Marder
DUANE MORRIS LLP
111 South Calvert Street, Suite 2000
Baltimore, MD 21202
Tel: (410) 949-2941

> *Attorneys for Defendants Nicholas S. Schorsch William M. Kahane, Leslie D. Michelson, Robert H. Burns, P. Sue Perrotty, American Realty Capital Healthcare Trust, Inc., American Realty Capital V, LLC, American Realty Capital Healthcare Advisors, LLC, American Realty Capital Healthcare Trust Operating Partnership, L.P., American Realty Capital Healthcare Special Limited Partnership, LLC*