
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**LARRY ROSENZWEIG,**

    **Plaintiff ,**

    **v.**           Civil No.: 1:14-cv-02019-GLR

**NICHOLAS S. SCHORSCH,** *et al.***,**

    **Defendants,**

    **- and –**

**AMERICAN REALTY CAPITAL HEALTHCARE TRUST, INC.,**

    **Nominal Defendant.**

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

WHEREAS, on March 15, 2016, after a settlement hearing and notice to the class, the Circuit Court for Baltimore City, Maryland, issued an Order and Final Judgment approving a settlement of *In re American Realty Capital Healthcare Trust, Inc. Shareholder and Derivative Litigation*, Case No. 24-C-14-003534 and releasing the claims asserted in this Action;

Pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, this Action is dismissed with prejudice as against the named Plaintiff.

Dated:  April 25, 2016

| | |
|---|---|
| _/ s /_____<br>Lynda J. Grant<br>THE GRANT LAW FIRM<br>521 Fifth Avenue, 17th Floor<br>New York, NY  10175<br>Tel: (212) 292-4441<br>Fax: (212) 292-4442<br><br>*Attorneys for Plaintiff* | _/ s /_____<br>John B. Isbister (Federal Bar No. 00639)<br>Daniel S Katz (Federal Bar No. 01148)<br>TYDINGS & ROSENBERG LLP<br>100 East Pratt Street, 26th Floor<br>Baltimore, MD  21202<br>Tel: (410) 752-9700<br>Fax: (410) 727-5460<br><br>*Attorneys for Plaintiff* |

Howard T. Longman
Mark Levine
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

*Attorneys for Plaintiff*

OF COUNSEL:

William Savitt
Andrew J.H. Cheung
Adam S. Hobson
WACHTELL, LIPTON, ROSEN & KATZ
51 W 52nd Street
New York, NY 10019
Tel: (212) 403-1000
Fax: (212) 403-2000

*Attorneys for Defendants Ventas, Inc., Stripe Sub, LLC, and Stripe OP, LP*

/ s /
James D. Mathias
Benjamin D. Schuman
DLA PIPER LLP (US)
6225 Smith Avenue
Baltimore, Maryland  21209
Tel: (410) 580-4208
Fax: (410) 580-3208

David Clarke, Jr.
500 Eighth Street, N.W.
Washington, DC  20004
Tel: (202) 799-4503
Fax:  (202) 799-5503

*Attorneys for Defendants Ventas, Inc., Stripe Sub, LLC, and Stripe OP, LP*

/ s /
Rebecca M. Lamberth
DUANE MORRIS LLP
Suite 2000
1075 Peachtree Street NE
Atlanta, Georgia 30309-3929
Tel: (404) 253-6961

*Attorneys for Defendants Attorneys for Defendants Nicholas S. Schorsch William M. Kahane, Leslie D. Michelson, Robert H. Burns, P. Sue Perrotty, American Realty Capital Healthcare Trust, Inc., American Realty Capital V, LLC, American Realty Capital Healthcare Advisors, LLC, American Realty Capital Healthcare Trust Operating Partnership, L.P., American Realty Capital Healthcare Special Limited Partnership, LLC*

/ s /
Scott H. Marder
DUANE MORRIS LLP
111 South Calvert Street, Suite 2000
Baltimore, Maryland  21202
Tel: (410) 949-2941

*Attorneys for Defendants Nicholas S. Schorsch William M. Kahane, Leslie D. Michelson, Robert H. Burns, P. Sue Perrotty, American Realty Capital Healthcare Trust, Inc., American Realty Capital V, LLC, American Realty Capital Healthcare Advisors, LLC, American Realty Capital Healthcare Trust Operating Partnership, L.P., American Realty Capital Healthcare Special Limited Partnership, LLC*

[rest of page left intentionally blank]

#2616258v.1

SO ORDERED:


Date: _____

George L. Russell III
United States District Judge