IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LARRY ROSENZWEIG,

    Plaintiff,

v.

                              Civil No.: 1:14-cv-02019-GLR

NICHOLAS S. SCHORSCH, *et al.*,

    Defendants,

    - and –

AMERICAN REALTY CAPITAL
HEALTHCARE TRUST, INC.,

    Nominal Defendant.

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, on March 15, 2016, after a settlement hearing and notice to the class, the Circuit Court for Baltimore City, Maryland, issued an Order and Final Judgment approving a settlement of *In re American Realty Capital Healthcare Trust, Inc. Shareholder and Derivative Litigation*, Case No. 24-C-14-003534 and releasing the claims asserted in this Action;

Pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, this Action is dismissed with prejudice as against the named Plaintiff.

**The Clerk is DIRECTED to CLOSE this case.**

| / s / | / s / |
|---|---|
| Lynda J. Grant | John B. Isbister (Federal Bar No. 00639) |
| THE GRANT LAW FIRM | Daniel S Katz (Federal Bar No. 01148) |
| 521 Fifth Avenue, 17th Floor | TYDINGS & ROSENBERG LLP |
| New York, NY 10175 | 100 East Pratt Street, 26th Floor |
| Tel: (212) 292-4441 | Baltimore, MD 21202 |
| Fax: (212) 292-4442 | Tel: (410) 752-9700 |
| | Fax: (410) 727-5460 |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

APPROVED THIS 27TH DAY OF April, 2016

GEORGE L. RUSSELL, III, U.S.D.J.

#2616258v.1